IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JOHNNY BAKER**                                                                                          **PLAINTIFF**

**v.**                                                                                                    **No. 4:05CV224-D-A**

**DR. JOHN BEARRY, ET AL.**                                                                               **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 27th day of March, 2006.

 /s/ Glen H. Davidson
CHIEF JUDGE